JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX GORIN**, <br>         Plaintiff, <br>    v. <br> **HARTFORD LIFE INSURANCE COMPANY**, <br>         Defendant. | Case No.: CV 18-3729-DMG (SKx) <br><br> **JUDGMENT** |

The Court having granted Defendant Hartford Life Insurance Company's Motion to Dismiss by order dated May 28, 2019 [Doc. # 43],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Alex Gorin.

DATED: May 28, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-